UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | |
|---|---|
| DARREN WILSON, #N95724, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-cv-00930-NJR |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS et al, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DELAY ENTRY OF JUDGMENT**

NOW COMES the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, SCOTT THOMPSON, LARUE LOVE and CHRISTINE BROWN, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and for their Motion to Delay Entry of Judgment, state as follows:

1. On January 12, 2023, the parties participated in a Settlement Conference, wherein they reached a settlement on the above-captioned action. [d/e 95]. The Court entered a 90-Day Order with judgment to enter on April 13, 2023, and noted that the parties may move to postpone entry of judgment if the settlement had not been finalized by that date. [d/e 97].

2. On January 13, 2023, the settlement documents were drafted by undersigned counsel which needed the reviewing of the Office of the Attorney General and Illinois Department of Corrections.

3. The settlement documents were finalized on February 23, 2023 and sent to Plaintiff's Counsel on March 3, 2023 for review and signatures.

4. On March 15, 2023, undersigned counsel received the documents from Plaintiff's Counsel. Due to an error, Plaintiff's Counsel had no location to sign the documents. That issue was

remedied on March 17, 2023.

5. Undersigned counsel has sent the paperwork to be processed with the Office of the Attorney General and then all documents will be sent to CMS for final processing and payment.

6. As such, Defendant requests a 60-day delay in the entry of judgment, up to and including June 13, 2023, in order to process the payment and finalize settlement.

WHEREFORE, Defendant respectfully requests this honorable Court grant a 60-day extension, up to and including June 13, 2023 for the parties to consummate settlement.

Respectfully Submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS, SCOTT THOMPSON, LARUE LOVE and CHRISTINE BROWN,

Defendants

Martin A. Plute #6330296
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Phone: (217)-557-7081
Fax: (618) 236-8620
Martin.Plute@ilag.gov
gls@ilag.gov

KWAME RAOUL, Attorney General, State of Illinois

Attorney for Defendants,

By: /s/ Martin A. Plute
Martin A. Plute #6330296
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DARREN WILSON, #N95724, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-cv-00930-NJR |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al, | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, the foregoing document, *Motion to Delay Entry of Judgment*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert J. McLaughlin – rmclaughlin@hmelegal.com

And I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

None

    Respectfully Submitted,

    BY:    s/Martin Plute
    Martin Plute #6330296
    Assistant Attorney General
    201 West Pointe Dr. Suite 7
    Swansea, IL 62226
    Phone: (217) 557-7081
    Fax: (618) 236-8620
    E-Mail: Martin.Plute@ilag.gov
    & gls@ilag.gov