IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARREN WILSON, #N95724,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, SCOTT THOMPSON, CHRISTINE BROWN, and LAURE LOVE,<br><br>　　　　　Defendants. | Case No. 19-cv-930-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Orders on January 16, 2023 (Doc. 97) and April 17, 2023 (Doc. 99), reflecting settlement between the parties, this entire action is **DISMISSED with prejudice** with each party to bear its own costs and fees, unless otherwise provided in the settlement documents.

DATED:   August 9, 2023

　　　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:  s/ *Deana Brinkley*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

APPROVED:  _____
　　　　　　　**NANCY J. ROSENSTENGEL**
　　　　　　　**Chief U.S. District Judge**